FILED

09/25/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0506

IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court Cause No. DA-24-0506

THE PATCH, LLC d/b/a Purple Cow Dispensary,
      Petitioner/Appellant

v.

THE MONTANA DEPARTMENT OF REVENUE , CANNABIS CONTROL
DIVISION
      Respondent/Appelee

On Appeal from the Thirteenth Judicial District Court, Yellowstone County
The Honorable Judge Thomas Pardy Presiding
District Court Cause No. DV-2023-735,

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME**

Upon review of Appellant's Unopposed Motion for Extension of Time and

good cause appearing therefor,

IT IS HEREBY ORDERED that Appellant's Unopposed Motion for

Extension of Time is granted. Appellant's Opening Brief is due on or before

October 28, 2024.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
September 25 2024